AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

Robert Wayne Fiscus
*Plaintiff*

v.

Tracy Johns, Warden
*Defendant*

Civil Action No. 5:10-HC-2062

**FILED**
APR 1 6 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **FCI Butner**.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My take-home pay or wages are: $ _____ per *(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☒ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Prison Job - 40$ a month, Money from Friends and brother rarely - 40$ every few months.

Case 5:10-hc-02062-FL   Document 2   Filed 04/16/10   Page 1 of 5

4. Amount of money that I have in cash or in a checking or savings account: $ ∅ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: None - N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: None - N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: None - N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: None - N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 4-1-2010

*Applicant's signature*

Robert Fiscus
*Printed name*

# Inmate Statement



| | | |
|---|---|---|
| Inmate Reg #: | 07820081 | Current Institution: | Butner FCC |
| Inmate Name: | FISCUS, ROBERT | Housing Unit: | BU1-M-A |
| Report Date: | 03/31/2010 | Living Quarters: | M04-167L |
| Report Time: | 6:39:06 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BUX | 3/10/2010 1:47:09 PM | 33 | | | Sales | ($57.96) | | $0.41 |
| BUX | 3/8/2010 8:25:05 AM | JIPP0210 | | | Payroll - IPP | $56.40 | | $58.37 |
| BUX | 2/24/2010 1:13:23 PM | 12 | | | Sales | ($39.15) | | $1.97 |
| BUX | 2/10/2010 1:35:03 PM | 26 | | | Sales | ($4.40) | | $41.12 |
| BUX | 2/10/2010 1:32:25 PM | 25 | | | Sales | ($43.86) | | $45.52 |
| BUX | 2/10/2010 5:19:25 AM | 70151601 | | | Lockbox - CD | $40.00 | | $89.38 |
| BUX | 2/8/2010 8:42:42 AM | JIPP0110 | | | Payroll - IPP | $49.30 | | $49.38 |
| BUX | 1/20/2010 1:04:03 PM | 24 | | | Sales | ($2.90) | | $0.08 |
| BUX | 1/13/2010 1:34:45 PM | 27 | | | Sales | ($45.81) | | $2.98 |
| BUX | 1/8/2010 8:32:03 AM | JIPP1209 | | | Payroll - IPP | $48.58 | | $48.79 |
| BUX | 12/30/2009 1:39:22 PM | 37 | | | Sales | ($19.89) | | $0.21 |
| BUX | 12/19/2009 5:17:43 AM | 70148301 | | | Lockbox - CD | $10.00 | | $20.10 |
| BUX | 12/16/2009 1:09:56 PM | 15 | | | Sales | ($12.75) | | $10.10 |
| BUX | 12/11/2009 5:12:34 AM | 70147701 | | | Lockbox - CD | $9.95 | | $22.85 |
| BUX | 12/9/2009 1:38:16 PM | 37 | | | Sales | ($53.85) | | $12.90 |
| BUX | 12/7/2009 8:48:02 AM | JIPP1109 | | | Payroll - IPP | $66.40 | | $66.75 |
| BUX | 11/18/2009 1:18:13 PM | 21 | | | Sales | ($2.60) | | $0.35 |
| BUX | 11/18/2009 1:17:02 PM | 20 | | | Sales | ($29.35) | | $2.95 |
| BUX | 11/12/2009 1:15:43 PM | 24 | | | Sales | ($51.78) | | $32.30 |
| BUX | 11/9/2009 9:54:19 AM | JIPP1009 | | | Payroll - IPP | $23.80 | | $84.08 |
| BUX | 11/9/2009 9:53:50 AM | JIPP1009 | | | Payroll - IPP | $25.00 | | $60.28 |
| BUX | 11/4/2009 1:03:05 PM | 13 | | | Sales | ($43.73) | | $35.28 |
| BUX | 10/28/2009 1:31:30 PM | 14 | | | Sales | ($121.39) | | $79.01 |
| BUX | 10/24/2009 5:12:01 AM | 70144601 | | | Lockbox - CD | $200.00 | | $200.40 |
| BUX | 10/21/2009 1:22:58 PM | 22 | | | Sales | ($6.55) | | $0.40 |
| BUX | 10/14/2009 1:42:11 PM | 19 | | | Sales | ($83.25) | | $6.95 |
| BUX | 10/9/2009 8:34:03 AM | JIPP0909 | | | Payroll - IPP | $22.10 | | $90.20 |
| BUX | 10/9/2009 8:33:35 AM | JIPP0909 | | | Payroll - IPP | $67.56 | | $68.10 |
| BUX | 9/23/2009 1:41:53 PM | 32 | | | Sales | ($2.50) | | $0.54 |
| BUX | 9/23/2009 1:35:22 PM | 26 | | | Sales | ($6.70) | | $3.04 |
| BUX | 9/23/2009 1:33:58 PM | 25 | | | Sales | ($15.98) | | $9.74 |
| BUX | 9/16/2009 1:11:02 PM | 15 | | | Sales | ($87.53) | | $25.72 |
| BUX | 9/9/2009 8:48:03 AM | IIPP0809 | | | Payroll - IPP | $27.20 | | $113.25 |

Case 5:10-hc-02062-FL   Document 2   Filed 04/16/10   Page 3 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| BUX | 9/9/2009 8:47:37 AM | IIPP0809 | | Payroll - IPP | $45.60 | $86.05 |
| BUX | 8/27/2009 5:09:47 AM | 70140601 | | Lockbox - CD | $40.00 | $40.45 |
| BUX | 8/19/2009 1:12:19 PM | 15 | | Sales | ($4.40) | $0.45 |
| BUX | 8/19/2009 1:11:42 PM | 14 | | Sales | ($15.65) | $4.85 |
| BUX | 8/12/2009 1:27:57 PM | 28 | | Sales | ($74.75) | $20.50 |
| BUX | 8/10/2009 10:00:37 AM | IIPP0709 | | Payroll - IPP | $39.15 | $95.25 |
| BUX | 8/10/2009 10:00:00 AM | IIPP0709 | | Payroll - IPP | $55.70 | $56.10 |
| BUX | 7/22/2009 1:00:51 PM | 20 | | Sales | ($2.20) | $0.40 |
| BUX | 7/22/2009 12:59:12 PM | 19 | | Sales | ($16.16) | $2.60 |
| BUX | 7/15/2009 1:06:55 PM | 14 | | Sales | ($82.68) | $18.76 |
| BUX | 7/10/2009 10:03:14 AM | IIPP0609 | | Payroll - IPP | $46.40 | $101.44 |
| BUX | 7/10/2009 10:02:46 AM | IIPP0609 | | Payroll - IPP | $54.01 | $55.04 |

**Total Transactions: 45**

Totals: ($0.62) $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BUX | $0.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.41 |
| **Totals:** | **$0.41** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.41** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $619.09 | $619.22 | $22.56 | $58.37 | $4.73 | N/A | N/A |

FCI-ED

## AUTHORIZATION

I, **ROBERT W. FISCUS**, request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the District of Alaska, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action in accordance with 28 U.S.C. § 1915(b).

4/13/10
DATE

_signature_
SIGNATURE OF APPLICANT

ROBERT FISCUS
COMMITTED NAME OF APPLICANT
(Type or Print)

07820-084
INMATE NO.

## CERTIFICATION AND CALCULATION
(To be completed by the Department of Corrections)

I certify that the applicant named herein has the (available) sum of $ .41¢ on account to his/her credit at FCI Butner I, North Carolina (name of institution).

I further certify that during the past six months the applicant's average monthly balance was $ 22.56.

I further certify that during the past six months the average monthly deposits to the applicant's account was $ 619.09.

Please attach certified copy of applicant's account statement showing transactions for past six months.

3/31/10
DATE

N. Weaver
SIGNATURE OF AUTHORIZED OFFICER

Case Manager — Federal Bureau of Prisons
TITLE and NAME OF AGENCY